# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAND O'LAKES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRIPLE V. DAIRY, et al., <br><br> Defendants. | Case No. 1:18-cv-00460-SAB <br><br> ORDER VACATING SEPTEMBER 19, 2018 HEARING AND TAKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT UNDER SUBMISSION |

Plaintiff filed a motion for summary judgment on August 2, 2018. A hearing on the motion is set for September 19, 2018. Pursuant to the Local Rules of the Eastern District of California, Defendants' opposition to the motion was to be filed not less than fourteen days prior to the hearing. L.R. 230(c). Defendants did not file a timely opposition. As no opposition was filed, Defendants are not entitled to be heard in opposition to the motion at oral argument. L.R. 230(c). Accordingly, the hearing set for September 19, 2018 is HEREBY VACATED and the matter is taken under submission.

IT IS SO ORDERED.

Dated: __September 6, 2018__

UNITED STATES MAGISTRATE JUDGE

1